## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Decker, William E | Case Number:  05 B 63711 |
| Decker, Geraldine Marie | Judge:  Hollis, Pamela S |
| Printed:  9/23/08 | Filed:  12/1/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  September 4, 2008
Confirmed:  January 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 34,650.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 29,444.46 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 1,849.89 |
| Other Funds: | | 355.65 |
| Totals: | 34,650.00 | 34,650.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 3,000.00 | 3,000.00 |
| 2. | Specialized Management Consultants | Unsecured | 380.38 | 380.38 |
| 3. | Discover Financial Services | Unsecured | 2,575.96 | 2,575.96 |
| 4. | Chicago Neurology | Unsecured | 224.20 | 224.20 |
| 5. | ECast Settlement Corp | Unsecured | 489.37 | 489.37 |
| 6. | Jefferson Capital | Unsecured | 7,166.20 | 7,166.20 |
| 7. | ECast Settlement Corp | Unsecured | 606.81 | 606.81 |
| 8. | JP Morgan Chase Bank | Unsecured | 6,870.53 | 6,870.53 |
| 9. | Marshall Field & Company | Unsecured | 1,321.24 | 1,321.24 |
| 10. | ECast Settlement Corp | Unsecured | 3,557.22 | 3,557.22 |
| 11. | ECast Settlement Corp | Unsecured | 703.46 | 703.46 |
| 12. | ECast Settlement Corp | Unsecured | 3,620.98 | 3,620.98 |
| 13. | Resurgent Capital Services | Unsecured | 1,928.11 | 1,928.11 |
| 14. | Fitzsimmons Surgical Supply, I | Unsecured | | No Claim Filed |
| 15. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 16. | Home Depot | Unsecured | | No Claim Filed |
| 17. | Retailers National Bank | Unsecured | | No Claim Filed |
| 18. | Pamela & Robert Cooper | Unsecured | | No Claim Filed |
| 19. | Sears Consumer Finance | Unsecured | | No Claim Filed |
| 20. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 21. | Old Navy | Unsecured | | No Claim Filed |
| 22. | Thorek Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 32,444.46 | $ 32,444.46 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Decker, William E

Decker, Geraldine Marie

Printed:  9/23/08

Case Number:  05 B 63711

Judge:  Hollis, Pamela S

Filed:  12/1/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 360.52 |
| 5% | 166.59 |
| 4.8% | 317.03 |
| 5.4% | 742.89 |
| 6.5% | 262.86 |
| | _____ |
| | $ 1,849.89 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

